COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



# ORDER

Cause No   01-13-00238-CV, *Esmeralda Thurman v. Buy George Resale, L.L.C. d/b/a Riverbridge Resale & Consignment and Kim Bolt*

On appeal from the 240th District Court of Fort Bend County, Texas, Trial Court Case No. 10-DCV-181877.

Pursuant to Texas Rule of Appellate Procedure 34.5(c), the trial court clerk is **ordered** to prepare, certify, and file a supplemental record containing "Plaintiff's Response to Defendants' Motion for No Evidence Summary Judgment," filed on or about February 8, 2013, in case number 10-DCV-181877.

The supplemental clerk's record shall be filed in the First Court of Appeals **no later than March 18, 2014.** Costs shall be assessed against appellant in the trial court, but any delay or failure to pay the clerk's fee for the supplemental record shall not be grounds for delaying the preparation, certification, and filing of the supplemental record in this Court.

It is so ORDERED.

Judge's signature:   /s/ Michael Massengale
                     Acting individually

Date:                March 6, 2014